UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 3:06-CR-18 |
| V. | ) | (JARVIS/SHIRLEY) |
| EDWIN CHARLES ALLEN | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This matter came before the undersigned on July 31, 2006 for a scheduled detention hearing. Assistant United States Attorney Will Mackie was present representing the government. Attorney Paula Voss was present representing Defendant Allen, who was also present.

In the Court's oral ruling, a complete review and analysis of the parties' positions, issues, and facts were stated. That specific and detailed oral ruling is attached hereto and made a part of this order as if stated herein verbatim.

For the reasons stated therein, I find, pursuant to 18 U.S.C. § 3142, that the government has met the burden of establishing by a preponderance of the evidence that Defendant's release would pose both a danger to the community and a risk of flight or not to appear as required. Furthermore, the Court finds that there are no conditions or combination of conditions of release that would reasonably assure the Court that the defendant would appear as ordered and not pose a danger to the safety of any other person or the community.

It is therefore **ORDERED** that the Defendant, Edwin Charles Allen, be detained. The defendant will be committed to the custody of the Attorney General or his designated representative

1

for confinement in a correction facility separate to the extent practicable from persons awaiting sentencing or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. Upon order of this Court or a Court of the United States or upon request of the attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshals for the purpose of an appearance in connection with a Court proceeding.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge